Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19–13623–VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Shawky M Metwally
  320 Second Avenue
  Lyndhurst, NJ 07071

Social Security No.:
  xxx–xx–1222

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2019
JAN: jf

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13623-VFP
Shawky M Metwally                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3            Date Rcvd: Sep 27, 2019
                              Form ID: 148             Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
```
db          +Shawky M Metwally,    320 Second Avenue,    Lyndhurst, NJ 07071-1423
518066280   +BB&T/CSC Logic,    PO Box 650657,    Dallas, TX 75265-0657
518041995   +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518041998    Bank of America,    4461 Piedmont Parkway,    Greensboro, NC 27410
518041997    Bank of America,    PO Box 220411,    Greensboro, NC 27420
518132332   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518042000   +Bb & T,    Attn: RMA,    802 E. Martintown Road,    Suite 201,    North Augusta, SC 29841-5352
518042011   +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
518042013    Chase Auto Finance,    1400 Frye Road,    Fort Worth, TX 76155
518042015   +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
518163164   +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518042032   +Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
518042031   +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
518042033   +Fay Servicing Company,    939 W North Avenue,    Suite 680,    Chicago, IL 60642-1231
518042034   +Fay Servicing Company,    901 S 2nd Street,    Suite 201,    Springfield, IL 62704-7909
518042036    Fay Servicing LLC,    PO Box 814609,    Suite 680,    Dallas, TX 753814609
518042040   +Phelan, Hallinan & Diamond, Jones, ESQ,    400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437
518042041   +Phelan, Hallinan & Diamond, Jones, PC,    400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437
518138555   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518225185   +U.S. Bank National Association as Legal Title Trus,    c/o Fay Servicing, LLC,
              3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
518042056    Wells Fargo Bank,    Loan Service Credit Dispute,    San Antonio, TX 78265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518207075    EDI: RESURGENT.COM Sep 28 2019 03:33:00      Ashley Funding Services, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518207075    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 23:50:06
              Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
518041996    EDI: BANKAMER.COM Sep 28 2019 03:33:00      Bank Of America,    Po Box 982238,
              El Paso, TX 79998
518042002    E-mail/Text: bankruptcy@bbandt.com Sep 27 2019 23:54:54      BB&T Bank,    Attn: Bankruptcy,
              P0 Box 1847,    Wilson, NC 27894
518042003    E-mail/Text: bankruptcy@bbandt.com Sep 27 2019 23:54:54      BB&T Bank,    P0 Box 1847,
              Wilson, NC 27894
518042001   +E-mail/Text: bankruptcy@bbandt.com Sep 27 2019 23:54:54      BB&T,    4251 Fayetteville Rd,
              Lumberton, NC 28358-2678
518041999   +EDI: BANKAMER2.COM Sep 28 2019 03:33:00      Bank of America,    100 North Tron Street,
              Charlotte, NC 28255-0001
518042008    EDI: CAPITALONE.COM Sep 28 2019 03:33:00      Capital One Bank,    15000 Capital One Drive,
              Richmond, VA 23238
518042018    EDI: CHRYSLER.COM Sep 28 2019 03:33:00      Chrysler,    P0 Box 2993,    Milwaukee, WI 53201
518042006   +EDI: CAPITALONE.COM Sep 28 2019 03:33:00      Capital One,    Po Box 30281,
              Salt Lake City, UT 84130-0281
518042004   +EDI: CAPITALONE.COM Sep 28 2019 03:33:00      Capital One,    Attn: Bankruptcy,    P0 Box 30285,
              Salt Lake City, UT 84130-0285
518042007   +EDI: CAPITALONE.COM Sep 28 2019 03:33:00      Capital One Bank,    PO Box 70884,
              Charlotte, NC 28272-0884
518042009   +EDI: CAPITALONE.COM Sep 28 2019 03:33:00      Capital One Bank ( USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
518125615   +EDI: AIS.COM Sep 28 2019 03:28:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
518042010   +EDI: CAUT.COM Sep 28 2019 03:28:00      Chase Auto Finance,    Attn: Bankruptcy,    P0 Box 901076,
              Fort Worth, TX 76101-2076
518042012   +EDI: CAUT.COM Sep 28 2019 03:28:00      Chase Auto Finance,    201 N. Center Avenue,
              Phoenix, AZ 85004-1071
518042014   +EDI: CHASE.COM Sep 28 2019 03:33:00      Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
518042016   +EDI: CHASE.COM Sep 28 2019 03:33:00      Chase Card Services,    Attn: Bankruptcy,    P0 Box 15298,
              Wilmington, DE 19850-5298
518042017   +EDI: CHASE.COM Sep 28 2019 03:33:00      Chase Card Services,    P.o. Box 15298,
              Wilmington, DE 19850-5298
518042019   +EDI: CHRM.COM Sep 28 2019 03:33:00      Chrysler Capital,    Attn: Bankruptcy Department,
              PO Box 961278,    Fort Worth, TX 76161-0278
518042021   +EDI: CHRYSLER.COM Sep 28 2019 03:33:00      Chrysler Financial/TD Auto,    Po Box 9223,
              Farmington Hills, MI 48333-9223
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Sep 27, 2019
                              Form ID: 148             Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518042020      +EDI: CHRYSLER.COM Sep 28 2019 03:33:00      Chrysler Financial/TD Auto,    Attn: Bankruptcy,
                 PO Box 9223,    Farmington Hills, MI 48333-9223
518042024      +EDI: CITICORP.COM Sep 28 2019 03:33:00      CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
518042022      +EDI: CITICORP.COM Sep 28 2019 03:33:00      Citibank,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
518042023       EDI: CITICORP.COM Sep 28 2019 03:33:00      Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
518042025      +EDI: CITICORP.COM Sep 28 2019 03:33:00      Citicards Cbna,    Citi Bank,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
518042026      +EDI: CITICORP.COM Sep 28 2019 03:33:00      Citicards Cbna,    Po Box 6217,
                 Sioux Falls, SD 57117-6217
518042030       EDI: DISCOVER.COM Sep 28 2019 03:33:00      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
518042028       EDI: DISCOVER.COM Sep 28 2019 03:33:00      Discover,    PO Box 30399,    Salt Lake City, UT 84130
518042027       EDI: DISCOVER.COM Sep 28 2019 03:33:00      Discover,    PO Box 5044,    Sandy, UT 84091-5044
518042029      +EDI: DISCOVER.COM Sep 28 2019 03:33:00      Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
518042037      +E-mail/Text: bncnotices@becket-lee.com Sep 27 2019 23:54:42      Kohl’s,    PO Box 3004,
                 Milwaukee, WI 53201-3004
518042038      +E-mail/Text: bncnotices@becket-lee.com Sep 27 2019 23:54:43      Kohl’s,    PO Box 3084,
                 Milwaukee, WI 53201-3084
518042039      +E-mail/Text: bncnotices@becket-lee.com Sep 27 2019 23:54:43      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518210246      +EDI: RESURGENT.COM Sep 28 2019 03:33:00       PYOD, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
518210246      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 23:50:06       PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518042042      +EDI: STF1.COM Sep 28 2019 03:33:00      Suntrust Bank,    Attn: Bankruptcy,    PO Box 85092,
                 Richmond, VA 23285-5092
518042043      +EDI: STF1.COM Sep 28 2019 03:33:00      Suntrust Bk,    Po Box 85526,    Richmond, VA 23285-5526
518042044      +EDI: RMSC.COM Sep 28 2019 03:33:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL 32896-5060
518042046      +EDI: RMSC.COM Sep 28 2019 03:33:00      Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
518042047      +EDI: RMSC.COM Sep 28 2019 03:33:00      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
518042045      +EDI: RMSC.COM Sep 28 2019 03:33:00      Synchrony Bank,    PO Box 956005,
                 Orlando, FL 32896-0001
518042049       EDI: TDBANKNORTH.COM Sep 28 2019 03:33:00      TD Banknorth,    Operations Center,    PO Box 1377,
                 Lewiston, ME 04243
518042048       EDI: TDBANKNORTH.COM Sep 28 2019 03:33:00      Td Bank N.a.,    32 Chestnut Street,
                 Lewiston, ME 04240
518042050       EDI: TFSR.COM Sep 28 2019 03:28:00      Toyota Financial Services,    Attn: Bankruptcy,
                 PO Box 8026,    Cedar Rapids, IA 52409
518042052       EDI: TFSR.COM Sep 28 2019 03:28:00      Toyota Motor Credit,    19001 South Western Avenue,
                 PO Box 2958,    Torrance, CA 90509
518042053       EDI: TFSR.COM Sep 28 2019 03:28:00      Toyota Motor Credit,    PO Box 2730,    Torrance, CA 90509
518042054       EDI: TFSR.COM Sep 28 2019 03:28:00      Toyota Motor Credit Corporation,
                 19001 South Western Avenue, TC13,    Torrance, CA 90509-2958
518042051      +EDI: TFSR.COM Sep 28 2019 03:28:00      Toyota Financial Services,    Po Box 9786,
                 Cedar Rapids, IA 52409-0004
518042058       EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Bank,    PO Box 1225,
                 Charlotte, NC 28201-1225
518042059      +EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Bank,    PO Box 28724,
                 Kansas City, MO 64188-8724
518042057      +EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Bank,    7000 Vista Drive,
                 West Des Moines, IA 50266-9310
518042055      +EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Bank,    Attn: Bankruptcy,    PO Box 10438,
                 Des Moines, IA 50306-0438
518042060       EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Card Services,    PO Box 10347,
                 Des Moines, IA 50306-0347
518042061       EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Home Loans,    1 Home Campus,
                 Des Moines, IA 50328-0001
518042062       EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Home Mortgage,    PO Box 10437,
                 Des Moines, IA 50306-0437
518042063       EDI: WFFC.COM Sep 28 2019 03:33:00      Wells Fargo Home Mortgage, Inc.,    One Home Campus,
                 Des Moines, IA 50328-0001
                                                                                               TOTAL: 59

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518042005*     +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518042035*     +Fay Servicing Company Inc.,    901 S 2nd Street,    Suite 201,    Springfield, IL 62704-7909
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Sep 27, 2019
                              Form ID: 148             Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
           Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
          Herbert B. Raymond    on behalf of Debtor Shawky M Metwally herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```